UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CASE NO. 22-cv-522 JRT/ECW

---

Darren J. Lederfine,

                                                 Plaintiff,

v.

American National Bank,

                                                 Defendant.

---

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

     Plaintiff Darren J. Lederfine ("Plaintiff"), by counsel, and Defendant American National Bank ("Defendant"), by counsel, hereby stipulate and agree that all matters herein between Plaintiff and Defendant have been compromised and settled, and that Plaintiff's cause against Defendant should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

| ATTORNEY FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |
|---|---|
| By: s/ Thomas J. Lyons Jr. <br> Thomas J. Lyons, Jr., Esq. <br> Attorney I.D. #: 0249646 <br> CONSUMER JUSTICE CENTER, P.A. <br> 367 Commerce Court <br> Vadnais Heights, MN 55127 <br> Telephone:  (651) 770-9707 <br> Facsimile:   (651) 704-0907 | By: s/ Garth G. Gavenda <br> Garth G. Gavenda, #310918 <br> Lindsay W. Cremona, #393599 <br> JELLUM LAW, P.A. <br> 14985 60th Street North <br> Stillwater, MN 55082 <br> Telephone: (651) 439-2951 <br> Garth.Gavenda@JellumLaw.com |

| | |
|---|---|
| tommy@consumerjusticecenter.com<br><br>Dated:  April 4, 2023 | Lindsay.Cremona@JellumLaw.com<br><br>Dated:  April 4, 2023 |