## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| DARREN J. LEDERFINE,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN NATIONAL BANK,<br><br>Defendant. | Civil No. 22-522 (JRT/ECW)<br><br>**ORDER FOR DISMISSAL<br>WITH PREJUDICE** |

Thomas J Lyons , Jr, **CONSUMER JUSTICE CENTER P.A.,** 367 Commerce Court, Vadnais Heights, MN 55127, for plaintiff.

Garth G Gavenda, **JELLUM LAW, P.A.,** 14985 60th Street North, Stillwater, MN 55082, for defendant.

The parties filed a Stipulation of Dismissal on April 4, 2023. (ECF No. 26) Based on a review of the file, record, and proceedings herein, **IT IS HEREBY ORDERED** that these matters are **DISMISSED WITH PREJUDICE**, with each party bearing its own costs, expenses, and attorneys' fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: April 10, 2023  
at Minneapolis, Minnesota

___s/John R. Tunheim____  
JOHN R. TUNHEIM  
United States District Judge